# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADRIANA BOTELLO, IN HER CAPACITY AS THE ADMINISTRATOR OF THE ESTATE OF RENE BOTELLO,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD GAMMICK,<br><br>Defendant. | Case No.: 3:03-cv-00195-RLH-VPC<br><br>**JUDGMENT** |

Having made and entered Findings of Fact and Conclusions of Law (Dkt. #262), the Court now renders its Judgment as follows:

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as to whether Gammick engaged in an adverse action or was substantially motivated by Botello's constitutionally protected speech in the first instance, the Court finds in favor of Gammick and against the Plaintiff.

Dated: April 30, 2010.

_____
**ROGER L. HUNT**
**Chief United States District Judge**

1

AO 72
(Rev. 8/82)